**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Paul Nobles, | Civil No. 11-598 (RHK/JSM) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | **WITH PREJUDICE** |
| Windham Professionals, Inc. and John Doe, | |
| Defendants. | |

---

Based upon the Voluntary Dismissal (Doc. No. 3) executed by Plaintiff Paul Nobles through counsel, **IT IS ORDERED** that the claims asserted in the above-captioned case by Plaintiff Paul Nobles against Defendants Windham Professionals, Inc. and John Doe are hereby **DISMISSED WITH PREJUDICE**, on the merits, and with each party bearing its own attorney's fees and costs.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: July 25, 2011

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge